UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL M. HOMAN AND                    CIVIL ACTION
THERESE M. FITZPATRICK

VERSUS                                  NO: 06-7293

ALLSTATE INSURANCE COMPANY,             SECTION: "J" (1)
ET AL.

**ORDER**

Before the Court is plaintiff's Motion to Remand (Doc. 4). The motion is opposed. Toni Reboul's actions or omissions allegedly occurred "[w]hen petitioners purchased" their policy (Petition ¶ IV) more than three years ago. For the reasons stated in *Justrabo v Allstate Insurance Co.*, Civ. No. 06-6762, slip op. § III.B.2. (E.D. La., Jan. 9, 2007) (Barbier, J.),

**IT IS ORDERED** that plaintiff's motion is **DENIED**.

New Orleans, Louisiana this the 9th day of January, 2007.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE